

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5650
Internet Address: http://www.pamd.uscourts.gov

Divisional Offices:

Harrisburg:   (717) 221-3920
Williamsport: (570) 323-6380

*ELECTRONICALLY FILED*

October 21, 2013

The Honorable James M. Munley
United States District Judge
U.S. District Court, Middle District of Pennsylvania
William J. Nealon Federal Building & U.S. Courthouse
235 North Washington Avenue
Scranton, PA 18503

**Re:**   **Report of the Mediator**
  <u>**Monaco v. Jim Thorpe Area School District**</u>**, Civil No. 3: 12-CV-577**

Dear Judge Munley:

The matter is settled.  The parties request that you issue an order permitting **60 days** in which to consummate the agreement.

Thank you for allowing me to serve the court in this capacity.

Sincerely,

**s/ Joseph A. Barrett**
Joseph A. Barrett